UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

USDC 05-11557 NMG

|  |  |
|---|---|
| In re<br><br>LUKE STEVENS,<br><br>          Debtor. | CHAPTER 7<br>Case No. 99-18437-CJK |
| WILLIAM J. LUNDREGAN,<br>EXECUTOR OF THE ESTATE<br>OF THOMAS A. SMITH<br>          Plaintiff,<br><br>v.<br><br>LUKE STEVENS and<br>JOSEPH M. RYAN,<br>TRUSTEE OF MT. VERNON<br>REALTY TRUST,<br>          Defendant | ADVERSARY PROCEEDING NO.<br>00-1012 |

NOTICE OF APPEAL
TO U. S. DISTRICT COURT
PURSUANT TO 28 U.S.C. § 158 AND BANKRUPTCY RULE 8001

Plaintiff hereby gives notice of appeal to the United States District Court from the judgment of the bankruptcy judge denying Plaintiff's complaint to avoid a fraudulent conveyance in favor of Joseph M. Ryan, as he is the Trustee of the Mount Vernon Realty Trust and overruling the Plaintiff's objections to the Debtor's discharge entered in this Adversary Proceeding on the 2nd day of June, 2005.

The names of the parties to the judgment appealed from and

1

the names, addresses and telephone numbers of their respective attorneys are as follows:

>Gary W. Cruickshank, Esq.
>21 Custom House Street
>Boston, MA 02110
>(Counsel to Joseph M. Ryan, Trustee)
>(617) 330-1960
>
>Luke Stevens, Debtor
>Pro Se
>3 Crescent Court
>Beverly, MA 01915
>Non-published phone number

>Respectfully submitted,
>
>WILLIAM J. LUNDREGAN,
>By his attorney,
>
>/s/ William H. Harris
>William H. Harris (BBO 560813)
>86 Dodge Street
>Beverly, MA 01915-1036
>(978) 921-2929

Dated: