UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: Lundregan vs. Stevens et al.

BANKRUPTCY APPEAL

CIVIL ACTION NO. 05-CV-11557

ORDER

Nathaniel M Gorton     D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on  7-28-05 ,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before  8-12-05  and the Appellee's brief shall be filed on or before  8-29-05 . The Appellant may file and serve a reply brief on or before  9-6-05 .

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

 7-28-05 
Date

/s/ Elizabeth E. Elefther
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                                                                   [bro.]