UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>In re: Luke Stevens,</u>
                Debtor

<u>William J. Lundregan,</u>
                Appellant

V.

<u>Luke Stevens and Joseph M. Ryan,</u>
                Appellees

CIVIL ACTION

NO.  <u>05-11557</u>

<u>ORDER OF DISMISSAL</u>
March 28, 2006

<u>Gorton</u>    <u>D. J.</u>

In accordance with the Court's Memorandum and Order dated <u>March 27, 2006</u> affirming <u>the Judgment of the Bankruptcy Court</u>, it is hereby ORDERED:

This Bankruptcy Appeal is dismissed.

<u>/s/ Craig J. Nicewicz</u>
**Deputy Clerk**

<u>/s/ Nathaniel M. Gorton</u>
**United States District Judge**

(Judgment for SJ.wpd - 12/98)